UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HUGO F. CASTANO,

                       Plaintiff,

  -against-

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 0889 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 15 2006 ★
BROOKLYN OFFICE

       An Order of Honorable John Gleeson, United States District Judge, having been filed on September 11, 2006, reversing the Commissioner's final decision denying plaintiff's application for Social Security benefits; and remanding the matter to the Commissioner for further proceedings pursuant to the fourth sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g); it is

       ORDERED and ADJUDGED that the Commissioner's final decision denying plaintiff's application for Social Security benefits is reversed; and that the matter is remanded to the Commissioner for further proceedings pursuant to the fourth sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Dated: Brooklyn, New York
       September 14, 2006

                                               s/Robert C. Heinemann
                                               ROBERT C. HEINEMANN
                                               Clerk of Court